JS-6

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| HENRY RAMOS, an Individual, on behalf of himself and all others similarly situated | **CASE NO.:** 2:19-cv-10775-TJH (SSx) |
| | **ORDER TO REMAND CASE TO STATE COURT FOR THE COUNTY OF LOS ANGELES** |
| Plaintiffs, | |
| v. | [Assigned for All Purposes to the Honorable Terry J. Hatter.] |
| MOOG, INC.; and DOES 1 through 100, Inclusive | Complaint Filed: November 21, 2019 |
| | Notice of Removal: December 20, 2019 |
| Defendants. | |
| _____ | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

**ORDER**

The Court, having read and considered the stipulation of the Parties and GOOD CAUSE APPEARING, orders as follows:

The Court hereby REMANDS this case to the Los Angeles County Superior Court, State of California, for all further proceedings.

The District Court Clerk is directed to enter this Order, provide copies to counsel, mail a certified copy of this Order to the Clerk of the Los Angeles County Superior Court, and CLOSE this file.

**IT IS SO ORDERED**

Dated: June 11, 2020

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

-2-